UNITED STATES DISTRICT COURT
FOR THE
8TH DISTRICT

PATRICK F. LEMMERS and )
LORETTA A. LEMMERS, )
 )
          Plaintiffs, )
 )
vs. )          **COMPLAINT**
 )
THE VILLAGE OF SOUTH BEND, )
A Corporate )
Body Politic, )
 )
          Defendant. )

1.      The Plaintiffs bring this action pursuant to 42 U.S.C. §§ 1983 and 1988 alleging that the Defendant violated the Plaintiff's Fourteenth Amendment right to equal protection.

2.      At all times hereinafter mentioned, the Defendant, Village of South Bend is and was a Village incorporated under the laws of the State of Nebraska and as per Neb. Rev. Stat. § 17-201 ("South Bend").

3.      South Bend has adopted certain zoning regulations ("Zoning Regulations"), see attached Exhibit "A".

4.      The Plaintiffs, Patrick F. Lemmers and Loretta A. Lemmers, are the owners of the property located at 32302 West Lake Park Drive, South Bend, Nebraska, and ("Property"). The property is within the Village zoning jurisdiction.

5.      On or about June 24, 2016, Plaintiffs applied for a variance with South Bend from the Setbacks to construct a garage on the Property. The variance requested relief from the setbacks of twenty-five feet (25') Variance").

6.      On June 24, 2016, South Bend denied Plaintiffs' application for a Variance.

7.      At various times the Plaintiffs or their representatives provided to South Bend information that other similarly situated properties in South Bend's zoning jurisdiction where either granted Variances for the same construction as Plaintiffs' and/or where allowed to construct within the Setbacks with knowledge and acquiescence by South Bend.

8.      On March 20, 2018, Plaintiffs' counsel delivered to South Bend that certain letter, with enclosures. Attached hereto as Exhibit B and incorporated herein by this reference.

9.      The contents of Exhibit B provided South Bend with documentary and photographic information concerning the similarly situated properties that have been granted

Variances and/or have been allowed to construct within the Setbacks with the knowledge and acquiescence of South Bend.

10.    South Bend has failed to respond to the requests of the Plaintiffs as set forth in Exhibit A and at the hearing on Plaintiffs' Variance and continues to enforce the Setbacks against the Plaintiffs while permitting the same activity to continue despite the specific information provided to South Bend.

## FIRST CAUSE OF ACTION
## VIOLATIONS OF RIGHTS SECURED BY THE EQUAL PROTECTION CLAUSE OF THE FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION

11.    Plaintiffs incorporate Paragraphs 1-11 as if fully set forth herein.

12.    South Bend violated Plaintiffs' Fourteenth Amendment rights under the United States Constitution to equal protection in that, compared with others similarly situated, the Plaintiffs were selectively treated and South Bend selectively enforced the requirements of South Bend's zoning regulations and Setbacks against the Plaintiffs but not against other similarly situated properties.

13.    There is no objectively reasonable basis for South Bend to have treated the property owners referred to in Exhibit A, along with others that exist, more favorably by not enforcing the zoning regulations regarding the Setbacks while enforcing the same regulations and Setbacks only against the Plaintiffs and said lack of enforcement against similarly situated properties is devoid of any legitimate government policy. Such disparate and different treatment is and was without any rational basis whatsoever and violates the Plaintiffs' right to equal protection under the Fourteenth Amendment to the United States Constitution.

WHEREFORE, Plaintiffs pray as follows:

A. For a determination that Defendant South Bend's actions deprived Plaintiffs of their constitutional rights of equal protection of law in violation of 42 U.S.C. § 1983 and for an award of attorneys fees in consequence thereof.

## SECOND CAUSE OF ACTION
## VIOLATIONS OF RIGHTS SECURED BY THE EQUAL PROTECTION CLAUSE OF ARTICLE I SECTION 3 OF THE CONSTITUTION OF THE STATE OF NEBRASKA

14.    Plaintiffs incorporate Paragraphs 1-14 as if fully set forth herein.

15.     South Bend violated Plaintiffs' rights under the Constitution of the State of Nebraska, Article I, Section 3, specifically Plaintiffs' rights to equal protection under the laws. in that, compared with others similarly situated, the Plaintiffs were selectively treated and South Bend selectively enforced the requirements of South Bend's zoning regulations and Setbacks against the Plaintiffs but not against other similarly situated properties.

16.     There is no objectively reasonable basis for South Bend to have treated the property owners referred to in Exhibit A, along with others that exist, more favorably by not enforcing the zoning regulations regarding the Setbacks while enforcing the same regulations and Setbacks only against the Plaintiffs and said lack of enforcement against similarly situated properties is devoid of any legitimate government policy. Such disparate and different treatment is and was without any rational basis whatsoever and violates the Plaintiffs' right to equal protection under Article I, Section 3, of the Constitution of the State of Nebraska.

WHEREFORE, Plaintiffs pray as follows:

A.  For a determination that Defendant South Bend's actions deprived Plaintiffs of their constitutional rights of equal protection of law pursuant to Article I Section 3 of the Constitution of the State of Nebraska and for an award of attorney's fees in consequence thereof.

DATED this ___15___ day of May, 2018.

PATRICK L. LEMMERS and LORETTA A. LEMMERS, Plaintiffs

By: _____

Andrew W. Simpson, #22973
Farnham, Simpson & Griffin, P.C. L.L.O.
220 N. 89th Street, Suite 201
Omaha, Nebraska 68114
(402) 393-2555
andy@farnhamandsimpsonlaw.com
Attorneys for Plaintiff

## Section 5.06  R-1 Lake Side Residential District.

A.   Intent.  The Lake Side Residential District is intended to provide for residential and compatible uses while maintaining the character around lake front development.

B.   Permitted Principal Uses:
1.   Single family dwellings.

C.   Permitted Conditional Uses:
1.   Churches, temples, seminaries, and convents, including residences for pastors and teachers.
2.   Private recreation areas and facilities, including lakes, ponds, country clubs, golf courses, and swimming pools.
3.   Overhead and underground utility main transmission lines including but not limited to power, telephone, gas, fuel, or fertilizer lines, substations, terminal facilities, and reservoirs.
4.   Home Occupations.

D.   Permitted Accessory Uses:
1.   Accessory uses and structures normally appurtenant to the permitted uses and structures and to uses and structures permitted as special uses.
2.   Private swimming pools, tennis courts, and other recreational facilities in conjunction with a residence.
3.   Temporary building(s) or structure(s) incidental to construction work may exist on said lot no longer than sixty (60) days from date of expiration of building permit.
4.   No accessory building shall exceed the ground floor coverage of the principal dwelling.
5.   Signs as provided for in Article 7.
6.   Parking as provided for in Article 7.
7.   Additional regulations as provided for in Section 4.12.

E.   Height and Lot Requirements:
1.   The height and minimum lot requirements shall be as follows:

| Dwelling | Lot Area Sq. Ft | Lot Width | Front** Yard | Side Yard | Rear Yard | Maximum Height | Maximum Lot Coverage |
|---|---|---|---|---|---|---|---|
| Single Family | 9,000 | 66' | 35' | 10' | 25' | 2 ½ Stories | 20% |
| Other Permitted Uses | 9,000 | 66' | 25' | 10' | 25' | 65' | 20% |
| Accessory Buildings | --- | --- | 50' | 5' | 3' | 15' | 10%* |

**EXHIBIT "A"**

LAW OFFICE
# FARNHAM, SIMPSON & GRIFFIN, P.C., L.L.O.
220 NORTH 89TH STREET, SUITE 201
OMAHA, NEBRASKA 68114
TELEPHONE (402) 393-2555
FACSIMILE (402) 393-2909

 COPY

···············

JEFFREY B. FARNHAM
DIRECT (402) 934-5577
jbf@farnhamandsimpsonlaw.com

ANDREW W. SIMPSON
DIRECT (402) 934-5575
andy@farnhamandsimpsonlaw.com

ANDREA M. GRIFFIN†
DIRECT (402) 934-5588
andrea@farnhamandsimpsonlaw.com
†ALSO ADMITTED IN IOWA

···············

March 20, 2018

Deb Cunningham
Village Chairperson
104 Nebraska St.
South Bend, NE  68058

  RE:  32302 W. Lake Park Dr., South Bend, NE ("Property)

Dear Ms. Cunningham:

  As you are aware, this office represents Pat Lemmers owner of the above-referenced Property. I understand that our client has been before your Board requesting a setback variance to construct a garage located on his Property.  By way of this letter, we are requesting a complete copy of your file related to the Property and you denial of any variance requested on the same. Your response should include but not be limited to;  any and all Board resolutions, votes, decisions and justification/reasoning for denying the variance requested. Your response shall also include copies of your zoning code/regulations providing for setbacks relating to this Property and as used in your denial of my client's variance application.

  Furthermore, this correspondence is to put you on notice that we are aware of numerous other instances of similarly situated property owners that have recently constructed improvements in your jurisdiction that have either been granted variances and/or have been allowed to construct said improvements within the alleged setback.  Those properties are as follows:

- 32018 E. Lake Park Dr.
- 32609 E. Lake Park Dr.
- 16517 Lake Park Point.
- 16516 Lake Park Dr.

  Attached are copies of your files pertaining to the above-referenced properties evidencing the lack of any issued variance(s) as well as pictures showing the location of the improvements within the setbacks.

  In light of these similar situated properties being allowed to build within the alleged setbacks.  It is clear that you are not, and have not treated my client equally under the law. We are demanding you respond to my office with your detailed explanation as it relates to my client's assertions made herein and you proposed resolution of this violation of my client's rights.



**EXHIBIT "B"**

Deb Cunningham
March 20, 2017
Page 2


If we do not have a response to this request by April 6, 2018, my client has authorized my firm to vigorously proceed by any and all means necessary under the law to protect his constitutional right to equal protection under the law including but not limited to seeking punitive damages against the Township of South Bend as a result of said discrimination in Federal Court.

Please govern yourself accordingly.

Sincerely,

Andrew W. Simpson

Enclosures
Cc:  Michael Jensen, Cass County Zoning Administrator

# APPLICATION - PERMIT
## BUILDING - PLUMBING - MECHANICAL
## CASS COUNTY DEPARTMENT OF ZONING
### 13860 12th St. Plattsmouth NE 68048;
### Michael Jensen; Cass Co Zoning Administrator
### Phone (402)-296-9359  Fax (402) 296-0604

**SOUTH BEND PERMIT NUMBER: 88**

**APPLICANT:**   CURT HOFER CONSTRUCTION

**ADDRESS:**   32018 EAST LAKE PARK DRVIE SOUTH BEND NE 68058

**TELEPHONE:** (402) 758-0440

**VALUE:**   $129,614.00   **HEIGHT:** FT   **ZONING:** R: RESIDENTIAL

**LEGAL:**   NORTH LAKE LOT 67 & 68
**USE:**   ADDITION

**NOTE:** The applicant agrees to allow county employees to enter the proposed structures or property for the purpose of inspections. The applicant is aware that Cass County will occasionally video tape during this inspection process and has no objection to this action.

**CERTIFICATION:** I hereby certify that I am applying for this permit, realizing that I must keep the property to such standards as will safeguard public health, safety, and the general welfare. I further certify that to the best of my knowledge, the information given herein and on the attached drawings, is accurate. It is understood and agreed that any error, mistake or misrepresentation, either with or without intent on my part, such as might, if known, cause refusal of this application, or any alteration or change without the approval of the Enforcement Officer shall constitute sufficient grounds for revocation of such permit

**Storage containers, limited to two (2), may be allowed during the construction phase of a residence or business but must be removed thirty days after final inspection and Certificate of Occupancy is issued. Failure to do so is a Class III misdemeanor and is punishable by a fine of up to $100 per day with each day being considered a separate offense.**

**APPROVAL:** The application, as stated above and on the plans hereto attached, is hereby approved based on all information provided. The approval given is subject to all Federal, State and Local laws, and to any filed restrictions.

**REQUIREMENTS:** All construction and materials must meet the requirements of the International Building Code and the National Electric Code. A porta potty must be on the jobsite when construction begins and must remain on the site until end of construction. Silt fence and erosion controls are required during construction.

**This permit is valid for a period of two years from issuance so long as work continues at a regular pace. A new permit must be issued if work has not commenced within 180 days of issuance, or if there is a work stoppage for a period of 180 days. All building permit fees are non refundable.**

**INSPECTIONS ARE REQUIRED AS FOLLOWS:** Footing inspections are required after the trenches have been prepared and prior to placement of concrete. Foundation inspections prior to pouring. Groundwork inspections prior to covering any plumbing below grade with sand, gravel or soft dirt. Framing inspection is required after all rough in mechanical, electrical and plumbing are in place and prior to insulation. Insulation inspection is required after rough-in. Septic inspection is required upon completion of the structure. A final inspection is required before a certificate of occupancy will be issued.

APPLICANT:

**TOTAL FEE**   $1,043.25                            DATE

Michael Jensen; Cass Co Zoning Administrator

### 24 HOUR NOTICE REQUIRED TO SCHEDULE INSPECTIONS
A $40.00 reinspection fee will be assessed

Inspection made Monday through Friday, excluding holidays, 8:30 A.M. to 3:30 P.M.
Call Cass County Zoning to schedule your inspection

# CASS COUNTY DEPT OF ZONING AND INSPECTIONS
## 13860 12TH ST
## PLATTSMOUTH, NE  68048

Phone (402) 296-9359 ~ Fax (402) 296-0604
Email ~ zoning@cassne.org

Permit 88 South Bend

Curt Hofer Construction
Addition- 32018 East Lake Park Dr

Inspection report

| | | |
|---|---|---|
| 10-11-2007 | Footing | passed |
| 1-22-2008 | Rough In | passed |
| 1-25-2008 | Insulation | passed |
| 6-8-2008 | Final | passed |

Michael Jensen, CFM
Cass County Zoning Administrator

# CASS COUNTY DEPT OF ZONING AND INSPECTIONS
## 13860 12TH ST
## PLATTSMOUTH, NE  68048

Phone (402) 296-9359 ~ Fax (402) 296-0604
Email ~ zoning@cassne.org

Permit 88 South Bend

Curt Hofer Construction
Addition- 32018 East Lake Park Dr

Inspection report

| 10-11-2007 | Footing | passed |
| 1-22-2008 | Rough In | passed |
| 1-25-2008 | Insulation | passed |
| 6-8-2008 | Final | passed |

Michael Jensen, CFM
Cass County Zoning Administrator



February 5, 2018
15:31 PM

— Roads

DISCLAIMER: This map is not intended for conveyances, nor is it a legal survey. The information is presented on a best-efforts basis and should not be relied upon for making financial, survey, legal or other commitments.

Sources: Esri, HERE, DeLorme, USGS, Intermap, INCREMENT P, NRCan, Esri Japan, METI, Esri China (Hong Kong), Esri Korea, Esri (Thailand), MapmyIndia, NGCC, © OpenStreetMap

# APPLICATION - PERMIT
## BUILDING - PLUMBING - MECHANICAL
## CASS COUNTY DEPARTMENT OF ZONING
### 13860 12th St. Plattsmouth NE 68048;
### Michael Jensen; Cass Co  Zoning Administrator
### Phone (402)-296-9359  Fax (402) 296-0604

**SOUTH BEND PERMIT NUMBER:** 137

**APPLICANT:**   ROD PENNER

**ADDRESS:**   32108 WEST PARK DR SOUTH BEND NE 68058

**TELEPHONE:** (402) 521-0042

**VALUE:** $16,380.00       **HEIGHT:**  FT        **ZONING:**  TA: TRANSITIONAL AGRICULTURAL

**LEGAL:**   NORTH LAKE LOT 38

**USE:**   GARAGE ADDITION AND CARPORT

**NOTE:** The applicant agrees to allow county employees to enter the proposed structures or property for the purpose of inspections. The applicant is aware that Cass County will occasionally video tape during this inspection process and has no objection to this action.

**CERTIFICATION:** I hereby certify that I am applying for this permit, realizing that I must keep the property to such standards as will safeguard public health, safety, and the general welfare. I further certify that to the best of my knowledge, the information given herein and on the attached drawings, is accurate. It is understood and agreed that any error, mistake or misrepresentation, either with or without intent on my part, such as might, if known, cause refusal of this application, or any alteration or change without the approval of the Enforcement Officer shall constitute sufficient grounds for revocation of such permit

**Storage containers, limited to two (2), may be allowed during the construction phase of a residence or business but must be removed thirty days after final inspection and Certificate of Occupancy is issued.  Failure to do so is a Class III misdemeanor and is punishable by a fine of up to $100 per day with each day being considered a separate offense.**

**APPROVAL:** The application, as stated above and on the plans hereto attached, is hereby approved based on all information provided. The approval given is subject to all Federal, State and Local laws, and to any filed restrictions.

   **REQUIREMENTS:** All construction and materials must meet the requirements of the International Building Code and the National Electric Code. A porta potty must be on the jobsite when construction begins and must remain on the site until end of construction.

**This permit is valid for a period of two years from issuance so long as work continues at a regular pace.  A new permit must be issued if work has not commenced within 180 days of issuance, or if there is a work stoppage for a period of 180 days. All building permit fees are non refundable.**

**INSPECTIONS ARE REQUIRED AS FOLLOWS:** Footing inspections are required after the trenches have been prepared and prior to placement of concrete. Foundation inspections prior to pouring. Groundwork inspections prior to covering any plumbing below grade with sand, gravel or soft dirt. Framing inspection is required after all rough in mechanical, electrical and plumbing are in place and prior to insulation. Insulation inspection is required after rough-in. Septic inspection is required upon completion of the structure. A final inspection is required before a certificate of occupancy will be issued.

APPLICANT:        _Rodney L Penner_         DATE   5/9/17

**TOTAL FEE**                  $243.93

_Michael Jensen_
Michael Jensen; Cass Co Zoning Administrator

### 24 HOUR NOTICE REQUIRED TO SCHEDULE INSPECTIONS
#### A $40.00 reinspection fee will be assessed
Inspection made Monday through Friday, excluding holidays, 8:30 A.M. to 3:30 P.M.
Call Cass County Zoning to schedule your inspection

Permit

# VILLAGE OF SOUTH BEND
P.O. BOX 68, SOUTH BEND, NE 68058
Clerk's Phone (402)944-2349

## BUILDING PERMIT APPLICATION (ELECTRICAL/PLUMBING/MECHANICAL)

APPLICATION DATE: 5-3-17

OWNER: Rod + Sue Penner

MAILING ADDRESS: 38108 West Lake Park Drive

CITY/STATE/ZIP: South Bend, NE 68058

TELEPHONE: 402.944.3581

PURPOSE OF APPLICATION: _____
BUILDING X ELECTRICAL____ PLUMBING____ MECHANICAL____

ADDRESS OF BUILDING SITE: Same

LOT NUMBER/LEGAL DESCRIPTION: Lot # 35

ZONING: _____ LOT SIZE: _____
RESIDENTIAL SRUCTURE_____ NON-RESIDENTIAL STRUCTURE X

TYPE OF STRUCTURE/BUILDING (INDICATE ONE ONLY PER PERMIT)
PORCH _____ DECK _____ HOME_____ PATIO _____
GARAGE X GAZEBO _____ FENCE _____ TOOL SHED _____
POLE SHED_____ BASEMENT_____ . SIDEWALK_____
OTHER (DESCRIBE)_____

INDICATE THE FOLLOWING IN RELATION TO TYPE OF STRUCTURE:
NEW CONSTRUCTION_____ ADDITION X SLAB FOUNDATION_____
CRAWL SPACE_____ BASEMENT_____ MOBILE HOME_____
STORAGE_____ OTHER_____ REPLACEMENT_____

INDICATE TYPE OF CONSTRUCTION (IN RELATION TO TYPE OF STRUCTURE)
WALKOUT_____ SINGLE RESIDENCE_____ DUPLEX_____ MULTI UNIT___
SHED_____ HIGH RISE_____ RANCH_____ SPLIT ENTRY__
INDUSTRIAL _____ COMMERCIAL ____

STRUCTURE: WIDTH 26' LENGTH 25 HEIGHT 18
SQUARE FOOTAGE 650 sq ft # OF STORIES 1

TYPE OF CONSTRUCTION MATERIAL (INDICATE IN RELATION TO STRUCTURE)
BRICK_____ WOOD FRAME X BLOCK_____ POURED .WALLS_____
SIDING Vinyl ROOFING Asph. Shingle

FRONT YARD SETBACK 34' SIDEYARD SETBACK 5'
DISTANCE FROM REAR LOT LINE: N/A
DISTANCE FROM CENTER OF ALLEY: N/A
SEWAGE DISPOSAL (DEPT. OF HEALTH REGULATIONS) N/A

COST OF CONSTRUCTION FOR BUILDING PERMIT APPLICATION:$_____
****************************************************************
Contractor/Builder Name:_____
Address:_____
City/St/Zip:_____ Phone:_____

**PLOT PLAN:** SHOW ALL DIMENSIONS OF LOT, MEASURED DISTANCES FROM STRUCTURE TO ALL LOT LINES, LOCATION OF ALL BUILDINGS ON PROPERTY, PROPOSED BUILDINGS, SEPTIC TANK, AND WELL (if any)

ADDRESS: _3208 West Lake dr. )_

See Attached

CURB STREET NAME: CURB

Property Line

**REVIEW QUESTIONS:**
Does the structure meet the village building codes ? _Yes_
Are variances attached if required ? _NO_
Are plot plans attached ? _Yes_

**REVIEW QUESTION FOR FLOODPLAIN MANAGEMENT:**
Is the structure located in the floodplain ? _Yes_
Is the structure located in the floodway ? _____
Is the structure a substantial improvement ? _NO_
Is the alteration or addition 50% of market value ? _NO_
Is the development requiring a FLOODPLAIN PERMIT ? _____
Are FLOODPLAIN DEVELOPMENT PERMITS ATTACHED & IN ORDER ? _N/A_
    BASE FLOOD ELEVATION_____
    FLOODPLAIN PERMIT_____    "NO RISE" CERT. REQUIRED_____
    VARIANCE REQUIRED_____    ELEVATION CERT. REQUIRED_____

_Garage & Curb & Lift, no residential_
_structure above b.f._

Inspections are required as follows: Footing inspection is required prior to covering; framing inspection is required after all rough in mechanical and plumbing are in place; final inspection is required upon completion of the structure.

Inspections will be made Monday through Friday except legal county holidays between the hours of 8:30 a.m. and 3:30 p.m.

For inspections please call the County Zoning Office on or before the date of the required inspection.

> Cass County Zoning Office, Plattsmouth, Nebraska 68048
> Phone: 402-234-9359

**Certification:** I hereby certify that to the best of my knowledge, the information given herein and on the attached drawings, and the attached survey, is accurate to the best of my ability. It is understood and agreed that any error, misstatement or misrepresentation of fact, either with or without intention on my part, such as might, if known cause refusal of this application, or any alteration or change without the approval of the Enforcement Officer, shall constitute sufficient grounds for revocation of such permit. All construction and materials will meet the requirements of the Uniform Building, the Uniform Mechanical and the Uniform Plumbing Codes, 1988 Edition and the National Electrical Code, 1993 Edition. I understand all fees shall be paid prior to the start of any construction.

**APPROVAL:** The application, as stated above and on the plans hereto attached, is hereby approved based on all information provided. The approval given is subject to all Federal, State, and Local laws, and to any filed restrictions.

SIGNATURE OF APPLICANT: _____, Date: _____

VILLAGE BOARD CHAIRMAN: _____, Date: 5-4-17



ARCHITECTURAL DRAWINGS
PENNER'S GARAGE ADDITION

A1.0

Daniel Zegers

Project Status

North Lake Condominium Association
Off: 11720 W Dodge Rd
Omaha NE 68154


Rod Penner
32108 W Lake Park Dr
South Bend, NE 68058

May 2, 2017


Rod,

Your application for your garage addition has been approved by the Architectural
Committee and the NLCA Board.


Pat Lemmers
NLCA President



# APPLICATION - PERMIT
## BUILDING - PLUMBING - MECHANICAL
## CASS COUNTY DEPARTMENT OF ZONING
### 145 N. 4th St. Plattsmouth NE 68048
### Ken Riddle, Zoning Administrator
### Phone (402)-296-9359  Fax (402) 296-0604

**SOUTH BEND PERMIT NUMBER: 72**

**APPLICANT:**   ALAN KEETLE

**ADDRESS:**   32609 E LAKE PARK DR SOUTH BEND NE 68058

**TELEPHONE:**  (402) 440-0808

**VALUE:**   $61,351.00   **HEIGHT:**  FT    **ZONING:**  R: RESIDENTIAL

**LEGAL:**   NORTH LAKE LOT 106

**USE:**   ADDITION AND GARAGE

**NOTE:** The applicant agrees to allow county employees to enter the proposed structures or property for the purpose of inspections. The applicant is aware that Cass County will occasionally video tape during this inspection process and has no objection to this action.

**CERTIFICATION:** I hereby certify that I am applying for this permit, realizing that I must keep the property to such standards as will safeguard public health, safety, and the general welfare. I further certify that to the best of my knowledge, the information given herein and on the attached drawings, is accurate. It is understood and agreed that any error, mistake or misrepresentation, either with or without intent on my part, such as might, if known, cause refusal of this application, or any alteration or change without the approval of the Enforcement Officer shall constitute sufficient grounds for revocation of such permit

**APPROVAL:** The application, as stated above and on the plans hereto attached, is hereby approved based on all information provided. The approval given is subject to all Federal, State and Local laws, and to any filed restrictions.

**REQUIREMENTS:** All construction and materials must meet the requirements of the Uniform Building, Mechanical and Plumbing Codes and the National Electrical Code.

This permit is valid for a period of two years from issuance so long as work continues at a regular pace. A new permit must be issued if work has not commenced within 180 days of issuance, or if there is a work stoppage for a period of 180 days.

**INSPECTIONS ARE REQUIRED AS FOLLOWS:** Footing inspections are required after the trenches have been prepared and prior to placement of concrete. Foundation inspections after walls are completed and prior to any framing. Groundwork inspections prior to covering any plumbing below grade with sand, gravel or soft dirt. Framing inspection is required after all rough in mechanical, electrical and plumbing are in place and prior to insulation. Septic inspection is required upon completion of the structure. A final inspection is required before a certificate of occupancy will be issued.

APPLICANT: _Alan J. Keetle_   DATE _2-17-06_
TOTAL FEE   $650.51

_Ken Riddle_

**Ken Riddle; Zoning Administrator**

### 24 HOUR NOTICE REQUIRED TO SCHEDULE INSPECTIONS
**A $40.00 reinspection fee will be assessed**

Inspection made Monday through Friday, excluding holidays, 8:30 A.M. to 3:30 P.M.
Call Cass County Zoning to schedule your inspection

# VILLAGE OF SOUTH BEND

P.O. BOX 68, SOUTH BEND, NE 68~8

Clerk's Phone (402)944-2349

*OK to Issue Permit* [signature]

## BUILDING PERMIT APPLICATION (ELECTRICAL/PLUMBING/MECHANICAL)

APPLICATION DATE: 2-1-06

OWNER: Craig Grana, Alan Keetle, Scott Keetle

MAILING ADDRESS: 2200 W Panama Road

CITY/STATE/ZIP: Martell, NE 68404

TELEPHONE: 402-794-5000

PURPOSE OF APPLICATION: _____
BUILDING X   ELECTRICAL____   PLUMBING____   MECHANICAL____

ADDRESS OF BUILDING SITE: 32609 E Lake PK DR

LOT NUMBER/LEGAL DESCRIPTION # 106 unplatted on – NW ¼N 13-12-10 Cass County

ZONING: _____   LOT SIZE: _____
RESIDENTIAL STRUCTURE X   NON-RESIDENTIAL STRUCTURE ____

TYPE OF STRUCTURE/BUILDING (INDICATE ONE ONLY PER PERMIT)
PORCH _____   DECK _____   HOME_____   PATIO _____
GARAGE _____   GAZEBO _____   FENCE _____   TOOL SHED _____
POLE SHED_____   BASEMENT_____   SIDEWALK_____
OTHER (DESCRIBE) Two Story addition Storage/garage/living

INDICATE THE FOLLOWING IN RELATION TO TYPE OF STRUCTURE:
NEW CONSTRUCTION X   ADDITION_____   SLAB FOUNDATION_____
CRAWL SPACE_____   BASEMENT_____   MOBILE HOME_____
STORAGE_____   OTHER_____   REPLACEMENT_____

INDICATE TYPE OF CONSTRUCTION (IN RELATION TO TYPE OF STRUCTURE)
WALKOUT_____   SINGLE RESIDENCE X   DUPLEX_____   MULTI UNIT____
SHED_____   HIGH RISE_____   RANCH_____   SPLIT ENTRY____
INDUSTRIAL _____   COMMERCIAL ____

STRUCTURE: WIDTH 32   LENGTH 42   HEIGHT 16'
SQUARE FOOTAGE 704 garage   # OF STORIES 2
640 storage 1st floor / 1344 Deck, Living 2nd floor
TYPE OF CONSTRUCTION MATERIAL (INDICATE IN RELATION TO STRUCTURE)
BRICK_____   WOOD FRAME X   BLOCK_____   POURED WALLS X footing/slab
SIDING X Concrete Siding   ROOFING Shingles

FRONT YARD SETBACK 30' +/- Lake   SIDEYARD SETBACK 14' +/-
DISTANCE FROM REAR LOT LINE: 5' asphalt; 100'+/- river
DISTANCE FROM CENTER OF ALLEY: 15' +/- middle of asphalt road
SEWAGE DISPOSAL (DEPT. OF HEALTH REGULATIONS) Lake sewer lagoons

COST OF CONSTRUCTION FOR BUILDING PERMIT APPLICATION:$ 35-40K
*****************************************************
Contractor/Builder Name: Gruber Contracting
Address: 1950 W Panama Rd   Phone: 402-525-8110
City/St/Zip: Martell, NE 68404

WP6.1\BUILDING\PERMIT\APPLICATION

1

PLOT PLAN:   SHOW ALL DIMENSIONS OF LOT, MEASURED DISTANCES FROM
STRUCTURE TO ALL LOT LINES, LOCATION OF ALL BUILDINGS ON PROPERTY,
PROPOSED BUILDINGS, SEPTIC TANK, AND WELL (if any)

ADDRESS: _32 609 E Lake Park DR_



REVIEW QUESTIONS:
Does the structure meet the village building codes ? _yes_
Are variances attached if required ? _No_
Are plot plans attached ? _~~plans~~ No · Building Plans - yes_

REVIEW QUESTION FOR FLOODPLAIN MANAGEMENT:
Is the structure located in the floodplain ? _yes_
Is the structure located in the floodway ? _No_
Is the structure a substantial improvement ? _Yes - appearance No - cost_
Is the alteration or addition 50% of market value ? _No_
Is the development requiring a FLOODPLAIN PERMIT ? _No_
Are FLOODPLAIN DEVELOPMENT PERMITS ATTACHED & IN ORDER ? _____
   BASE FLOOD ELEVATION _____
   FLOODPLAIN PERMIT_____ "NO RISE" CERT. REQUIRED_____
   VARIANCE REQUIRED_____ ELEVATION CERT. REQUIRED_____

③ .

upper
Level
. located
above
Page 2



Bath

OPEN to Below

12'

Bed Rm

← 3' →

Closet

Bed Rm

14' W

Bed Rm

W 14'

Covered Deck

26'



Gana
TRUCKING
&
Excavating

Craig and Lori Gana

2200 W. Panama Road
Marsell, NE 68404

Phone (402) 794-5000
Fax (402) 794-5002

580 ft.²    untouched
575 ft²     remove

1st   490 ft²   Living
floor  726 ft²   Storage & Garage

2nd  564 ft²   Living
floor

32609  E. Lake Park Drive
Lot 106
South Bend, Nebr  LE508

2nd  Floor.



② .

_ower
Level

.to
.eplace
emoved
)ortion
of
)age 1

Utility/
Storage

15'
12

Closet
2

Living

Storage

Garage

22'

6'     9'

MAM
EDGE

2'
32'

9'     6'

5' to Asphalt
+/- 10' setbacks
2x6 Exterior walls
2x4 Interior  "

1st Floor
Proposed



WESTERN SAND   Fax:4029442039    Feb  1 2006  10:09    P.02



**Western Sand & Gravel**
**PO Box 28**
**Ashland, NE  68003**
**Phone: 402-944-3331**
**Fax: 402-944-2039**

<u>**To: Jim Rughe/Cass County Building Inspector**</u>   **From:  Dean Busing**

<u>**Fax: 296-0604**</u>                                    **Date:    01-31-06**

<u>**Phone: 296-9359**</u>                                  **Pages:    1**

<u>**RE:   North Lake Building Permit – Lot #106**</u>

<u>**CC:   South Bend Village Board – Attn Wally Taylor @ #306-2567/944-2651**</u>

Urgent          | For Review |          Please Reply          Please Comment


Please be advised that South Bend Lakes, Inc. has reviewed the construction plans and proposed site of Craig Gana's intended remodel/reconstruction of Lot #106 North Lake. We approve this addition with no comments or concerns regarding this proposed construction.  If anything further is required from South Bend Lakes, Inc. please advise.

                                        Dean Busing
                                        Vice President
                                        South Bend Lakes, Inc.

# APPLICATION - PERMIT
## BUILDING - PLUMBING - MECHANICAL
## CASS COUNTY DEPARTMENT OF ZONING
### 13860 12th St. Plattsmouth NE 68048;
### Michael Jensen; Cass Co Zoning Administrator
### Phone (402)-296-9359 Fax (402) 296-0604

**SOUTH BEND PERMIT NUMBER:** 129

**APPLICANT:** DANIEL KLAUS

**ADDRESS:** 16516 LAKE PARK DR SOUTH BEND NE 68058

**TELEPHONE:** (402) 450-9718

**VALUE:** $192,832.00    **HEIGHT:** FT       **ZONING:** TA: TRANSITIONAL AGRICULTURAL

**LEGAL:** NORTH LAKE LOT 13

**USE:** RESIDENCE

**NOTE:** The applicant agrees to allow county employees to enter the proposed structures or property for the purpose of inspections. The applicant is aware that Cass County will occasionally video tape during this inspection process and has no objection to this action.

**CERTIFICATION:** I hereby certify that I am applying for this permit, realizing that I must keep the property to such standards as will safeguard public health, safety, and the general welfare. I further certify that to the best of my knowledge, the information given herein and on the attached drawings, is accurate. It is understood and agreed that any error, mistake or misrepresentation, either with or without intent on my part, such as might, if known, cause refusal of this application, or any alteration or change without the approval of the Enforcement Officer shall constitute sufficient grounds for revocation of such permit

**APPROVAL:** The application, as stated above and on the plans hereto attached, is hereby approved based on all information provided. The approval given is subject to all Federal, State and Local laws, and to any filed restrictions.

**REQUIREMENTS:** All construction and materials must meet the requirements of the International Building Code and the National Electric Code.

**This permit is valid for a period of two years from issuance so long as work continues at a regular pace. A new permit must be issued if work has not commenced within 180 days of issuance, or if there is a work stoppage for a period of 180 days. All building permit fees are non refundable.**

**INSPECTIONS ARE REQUIRED AS FOLLOWS:** Footing inspections are required after the trenches have been prepared and prior to placement of concrete. Foundation inspections prior to pouring. Groundwork inspections prior to covering any plumbing below grade with sand, gravel or soft dirt. Framing inspection is required after all rough in mechanical, electrical and plumbing are in place and prior to insulation. Insulation inspection is required after rough-in. Septic inspection is required upon completion of the structure. A final inspection is required before a certificate of occupancy will be issued.

**APPLICANT:** _____    **DATE** 10/16/15

**TOTAL FEE** $1,352.36

Michael Jensen; Cass Co Zoning Administrator

### 24 HOUR NOTICE REQUIRED TO SCHEDULE INSPECTIONS
A $40.00 reinspection fee will be assessed

Inspection made Monday through Friday, excluding holidays, 8:30 A.M. to 3:30 P.M.
Call Cass County Zoning to schedule your inspection

# APPLICATION - PERMIT
## BUILDING - PLUMBING - MECHANICAL
### CASS COUNTY DEPARTMENT OF ZONING
#### 13860 12th St. Plattsmouth NE 68048;
#### Michael Jensen; Cass Co Zoning Administrator
#### Phone (402)-296-9359 Fax (402) 296-0604

**SOUTH BEND PERMIT NUMBER:** 129

**APPLICANT:**  DANIEL KLAUS

**ADDRESS:**   16516 LAKE PARK DR SOUTH BEND NE 68058

**TELEPHONE:**  (402) 450-9718

**VALUE:**   $201,181.00   **HEIGHT:**  FT      **ZONING:**  TA: TRANSITIONAL AGRICULTURAL

**LEGAL:**   NORTH LAKE LOT 13

**USE:**    RESIDENCE (add deck)   6-14-16

**NOTE:** The applicant agrees to allow county employees to enter the proposed structures or property for the purpose of inspections. The applicant is aware that Cass County will occasionally video tape during this inspection process and has no objection to this action.

**CERTIFICATION:** I hereby certify that I am applying for this permit, realizing that I must keep the property to such standards as will safeguard public health, safety, and the general welfare. I further certify that to the best of my knowledge, the information given herein and on the attached drawings, is accurate. It is understood and agreed that any error, mistake or misrepresentation, either with or without intent on my part, such as might, if known, cause refusal of this application, or any alteration or change without the approval of the Enforcement Officer shall constitute sufficient grounds for revocation of such permit

**APPROVAL:** The application, as stated above and on the plans hereto attached, is hereby approved based on all information provided. The approval given is subject to all Federal, State and Local laws, and to any filed restrictions.

**REQUIREMENTS:** All construction and materials must meet the requirements of the International Building Code and the National Electric Code.

**This permit is valid for a period of two years from issuance so long as work continues at a regular pace. A new permit must be issued if work has not commenced within 180 days of issuance, or if there is a work stoppage for a period of 180 days. All building permit fees are non refundable.**

**INSPECTIONS ARE REQUIRED AS FOLLOWS:** Footing inspections are required after the trenches have been prepared and prior to placement of concrete. Foundation inspections prior to pouring. Groundwork inspections prior to covering any plumbing below grade with sand, gravel or soft dirt. Framing inspection is required after all rough in mechanical, electrical and plumbing are in place and prior to insulation. Insulation inspection is required after rough-in. Septic inspection is required upon completion of the structure. A final inspection is required before a certificate of occupancy will be issued.

**APPLICANT:**  _____     **DATE**  6/14/16

**TOTAL FEE**   $126.59

Michael Jensen; Cass Co Zoning Administrator

### 24 HOUR NOTICE REQUIRED TO SCHEDULE INSPECTIONS
A $40.00 reinspection fee will be assessed

Inspection made Monday through Friday, excluding holidays, 8:30 A.M. to 3:30 P.M.
Call Cass County Zoning to schedule your inspection

Apr 05 12 09:16a       Pat & Deb Cunningham                    40   42349                    p.2

# VILLAGE OF SOUTH BEND
### P.O. BOX 68, SOUTH BEND, NE 68058
### Clerk's Phone (402)944-2349

## BUILDING PERMIT APPLICATION (ELECTRICAL/PLUMBING/MECHANICAL)

APPLICATION DATE: October 6, 2015          402-450-9718

OWNER: Daniel & Carol Klaus

MAILING ADDRESS: 3300 E. Pershing Rd.

CITY/STATE/ZIP: Lincoln, NE 68502

TELEPHONE: 402-423-4334 or 402-432-4553 (Dan's Cell)

PURPOSE OF APPLICATION: New Home Construction

BUILDING X   ELECTRICAL___   PLUMBING___   MECHANICAL___

ADDRESS OF BUILDING SITE: 16516 Lake Park Drive

LOT NUMBER/LEGAL DESCRIPTION: Lot #13; NW 1/4, Section 13, Township 12 North, Range 10 East

ZONING: R-1 Lakeside Residential District   LOT SIZE: _____

RESIDENTIAL STRUCTURE X   NON-RESIDENTIAL STRUCTURE _____

TYPE OF STRUCTURE/BUILDING (INDICATE ONE ONLY PER PERMIT)

| | | | |
|---|---|---|---|
| PORCH ___ | DECK ___ | HOME X | PATIO ___ |
| GARAGE ___ | GAZEBO ___ | FENCE ___ | TOOL SHED ___ |
| POLE SHED ___ | BASEMENT ___ | | SIDEWALK ___ |
| OTHER (DESCRIBE) ___ | | | |

INDICATE THE FOLLOWING IN RELATION TO TYPE OF STRUCTURE:

| | | |
|---|---|---|
| NEW CONSTRUCTION X | ADDITION ___ | SLAB FOUNDATION ___ |
| CRAWL SPACE ___ | BASEMENT X | MOBILE HOME ___ |
| STORAGE ___ | OTHER ___ | REPLACEMENT ___ |

INDICATE TYPE OF CONSTRUCTION (IN RELATION TO TYPE OF STRUCTURE)

| | | | |
|---|---|---|---|
| WALKOUT ___ | SINGLE RESIDENCE X | DUPLEX ___ | MULTI UNIT ___ |
| SHED ___ | HIGH RISE ___ | RANCH ___ | SPLIT ENTRY ___ |
| INDUSTRIAL ___ | COMMERCIAL ___ | | |

STRUCTURE:   WIDTH 60'        LENGTH 38'        HEIGHT 18'8" + foundation
SQUARE FOOTAGE 2096        # OF STORIES 1

TYPE OF CONSTRUCTION MATERIAL (INDICATE IN RELATION TO STRUCTURE)
BRICK ___   WOOD FRAME X   BLOCK ___   POURED WALLS X
SIDING PVC Shingle        ROOFING Asphalt Shingle

FRONT YARD SETBACK ___        SIDEYARD SETBACK ___
DISTANCE FROM REAR LOT LINE: ___
DISTANCE FROM CENTER OF ALLEY: ___
SEWAGE DISPOSAL (DEPT. OF HEALTH REGULATIONS) ___

COST OF CONSTRUCTION FOR BUILDING PERMIT APPLICATION: $ 200,000
*************************************************************
Contractor/Builder Name: John Novotny
Address: 8708 W. Plum Rd        Phone: 402-239-4185
City/St/Zip: Odell, NE 68145

$1352.31
+ set of plans
including
electrical
detail

Apr 05 12 09:17a     Pat & Deb Cu___gham          40___42349          p.4

DEVELOPMENT PERMIT/APPLICATION

...m is used for any man-made change to improved or unimproved real estate, including but not limited ...s or other structures, mining, dredging, filling, grading, paving, excavation, drilling operations or storage ...ent or materials.

...er must obtain all other necessary federal, state, or local permits (e.g. Corps of Engineers 404 permit, LL ...District, etc.)

Name of Applicant: __Daniel : Carol Klaus__

Address: __3300 E. Pershing Rd., Lincoln, NE 68502__

Type and Use of Development: __Construct Single - family residence__

Specific Location of Development: __16516 Lake Park Drive; Lot #13;__
__NW ¼, Section 13, Township 12 North, Range 10 East__

Complete this section if the proposed development involves the improvement of a structure (i.e. walled and roofed building, manufactured home, or gas and liquid storage tanks)

Pre-Improvement Value of Structure: $ _____

Cost of Improvement: $ _____

### The Following Section is to be Completed by the Community Official:

| | | |
|---|---|---|
| Is the development Substantial Improvement? (see #4) | (YES) *(Circle)* | NO |
| Is the development in an identified floodplain? | YES | NO |

If YES, complete the following:

   a. Elevation of the Base (100-Year) Flood _____ ft. MSL&NGVD 29 or NAVD 88

   b. Elevation/Floodproofing Requirement (if applicable) _____ ft. MSL&NGVD 29 or NAVD 88

☐ c. The developer may be required to submit hydraulic data demonstrating that the proposed development will not increase flood heights more than one foot at any location.

___

the development is in a floodplain, the following shall apply:

is permit is issued with the condition that the lowest floor (including basement floor) of any new or substantially proved residential building will be elevated at least one foot above the base flood elevation. If the proposed velopment is a nonresidential building, this permit is issued with the condition that the lowest floor (including ement) of a new or substantially improved nonresidential building will be elevated or floodproofed at least one foot ove the base flood elevation. The Developer/Owner will provide certification by a registered Engineer, Architect, Land Surveyor of the "as-built" lowest floor elevation (including basement) or floodproofed elevation of any new or bstantially improved building covered by this permit.

ovisions of the _____ Floodplain Management Resolution/Ordinance (Number _____) shall be complied with
         (County or City)

Apr 05 12 09:16a    Pat & Deb Cunningham                    40    42349              p.3

PLOT PLAN: SHOW ALL DIMENSIONS OF LOT, MEASURED DISTANCES FROM
STRUCTURE TO ALL LOT LINES, LOCATION OF ALL BUILDINGS ON PROPERTY,
PROPOSED BUILDINGS, SEPTIC TANK, AND WELL (if any)

ADDRESS:_____,

*See Attached Plans* (handwritten)

Curb  Street Name:  Curb  Property Line → (rotated text, left margin)

REVIEW QUESTIONS:
Does the structure meet the village building codes ?____✓____
Are variances attached if required ?_____
Are plot plans attached ?_____

REVIEW QUESTION FOR FLOODPLAIN MANAGEMENT:
Is the structure located in the floodplain ?____✓____
Is the structure located in the floodway ?_____
Is the structure a substantial improvement ?_____
Is the alteration or addition 50% of market value ?_____
Is the development requiring a FLOODPLAIN PERMIT ?_____
Are FLOODPLAIN DEVELOPMENT PERMITS ATTACHED & IN ORDER ?|____
   BASE FLOOD ELEVATION 1046.5_____
   FLOODPLAIN PERMIT_____    "NO RISE" CERT. REQUIRED____
   VARIANCE REQUIRED_____    ELEVATION CERT. REQUIRED____

Apr 05 12 09:17a      Pat & Deb Cunningham                    40   42349                    p.5

Inspections are required as follows   Footing inspection is required prior to covering
Framing inspection is required after all rough in mechanical and plumbing are in place
Final inspection is required upon completion of the structure

Inspections will be made Monday through Friday except legal county holidays between the
hours of 8 30 a m and 3 30 p m

For inspections please call the County Zoning Office on or before the date of the required
inspection.

Cass County Zoning Office, Plattsmouth, Nebraska 68048
Phone:  402-234-9359

**Certification:** I hereby certify that to the vest of my knowledge, the information given
herein and on the attached drawings, and the attached survey, is accurate to the best of my
ability. It is understood and agreed that any error, misstatement or misrepresentation of
fact, either with or without intention on my part, such as might, if known cause refusal of
this application, or any alteration or change without the approval of the Enforcement
Officer, shall constitute sufficient grounds for revocation of such permit. All construction
and materials will meet the requirements of the Uniform Building, the Uniform Mechanical
and the Uniform Plumbing Codes, 1988 Edition and the National Electrical Code, 1993
Edition. I understand all fees shall be paid prior to the start of any construction.

**APPROVAL:** The application, as stated above and on the plans hereto attached, is
hereby approved based on all information provided. The approval given is subject to all
Federal, State, and Local laws, and to any filed restrictions.

SIGNATURE OF APPLICANT: _Carol Klaus_ , Date: _October 6, 2015_

VILLAGE BORAD CHAIRMAN: _____ , Date: _10-7-15_

October 6, 2015

**By Email to pc21734@windstream.net**

Pat Cunningham
South Bend Village Board
South Bend, Nebraska 68058

RE:   North Lake Building Permit – Lot # 13

Dear Pat,

Please be advised that South Bend Lakes, Inc. has reviewed the attached plans submitted by Dan and Carol Klaus, lessees of lot #13 at North Lake. They plan to demolish the existing structure (house) and construct a new home on the lot.

We (South Bend Lakes, Inc.) approve the plan as presented and we are recognizing the approval of this project by the North Lake Association of Residents' Board of Directors. **However, we both defer all setback distance requirements to the South Bend Village Board.**

I understand that Dan Klaus has or will be contacting you to ask to be put on the Board's agenda tomorrow evening. Please let Dan know if further information is needed in regard to the plans for the lot. If anything further is required from South Bend Lakes, Inc. please contact me.

Thank you.

David J. Gall
South Bend Lakes, Inc.

cc:   Mike Jensen, Cass County, via fax: 402 296 0604
      Pat Lemmers, North Lake Association Board, via email: Pat@LemmersInsurance.com
      Dan Klaus, via email: DKlaus@remboltlawfirm.com





**APPLICATION - PERMIT**
**BUILDING - PLUMBING - MECHANICAL**
**CASS COUNTY DEPARTMENT OF ZONING**
**13860 12th St. Plattsmouth NE 68048;**
**Michael Jensen; Cass Co Zoning Administrator**
**Phone (402)-296-9359 Fax (402) 296-0604**

**SOUTH BEND PERMIT NUMBER: 136**

**APPLICANT:** JACK FRANZ

**ADDRESS:** 16517 LAKE PARK POINT SOUTH BEND NE 68058

**TELEPHONE:** (402) 660-4150

**VALUE:** $1,848.00  **HEIGHT:** FT      **ZONING:** TA: TRANSITIONAL AGRICULTURAL

**LEGAL:** NORTH LAKE LOT 110

**USE:** DECK

**NOTE:** The applicant agrees to allow county employees to enter the proposed structures or property for the purpose of inspections. The applicant is aware that Cass County will occasionally video tape during this inspection process and has no objection to this action.

**CERTIFICATION:** I hereby certify that I am applying for this permit, realizing that I must keep the property to such standards as will safeguard public health, safety, and the general welfare. I further certify that to the best of my knowledge, the information given herein and on the attached drawings, is accurate. It is understood and agreed that any error, mistake or misrepresentation, either with or without intent on my part, such as might, if known, cause refusal of this application, or any alteration or change without the approval of the Enforcement Officer shall constitute sufficient grounds for revocation of such permit

**APPROVAL:** The application, as stated above and on the plans hereto attached, is hereby approved based on all information provided. The approval given is subject to all Federal, State and Local laws, and to any filed restrictions.

**REQUIREMENTS:** All construction and materials must meet the requirements of the International Building Code and the National Electric Code.

**This permit is valid for a period of two years from issuance so long as work continues at a regular pace. A new permit must be issued if work has not commenced within 180 days of issuance, or if there is a work stoppage for a period of 180 days. All building permit fees are non refundable.**

**INSPECTIONS ARE REQUIRED AS FOLLOWS:** Footing inspections are required after the trenches have been prepared and prior to placement of concrete. Foundation inspections prior to pouring. Groundwork inspections prior to covering any plumbing below grade with sand, gravel or soft dirt. Framing inspection is required after all rough in mechanical, electrical and plumbing are in place and prior to insulation. Insulation inspection is required after rough-in. Septic inspection is required upon completion of the structure. A final inspection is required before a certificate of occupancy will be issued.

APPLICANT: _____  DATE  2-3-17

**TOTAL FEE**  $85.94

Michael Jensen; Cass Co Zoning Administrator

**24 HOUR NOTICE REQUIRED TO SCHEDULE INSPECTIONS**
**A $40.00 reinspection fee will be assessed**

Inspection made Monday through Friday, excluding holidays, 8:30 A.M. to 3:30 P.M.
Call Cass County Zoning to schedule your inspection



## VILLAGE OF SOUTH BEND
P.O. BOX 68, SOUTH BEND, NE  68058
Clerk's Phone (402)944-2349

### BUILDING PERMIT APPLICATION (ELECTRICAL/PLUMBING/MECHANICAL)

APPLICATION DATE: 1/31/17

OWNER: Jack Frans

MAILING ADDRESS: 16517 Lake Park Pte

CITY/STATE/ZIP: South Bend, NE, 68058

TELEPHONE: 402-944-2378 (Cell 402-660-4150)

PURPOSE OF APPLICATION: Deck

BUILDING_____ ELECTRICAL_____ PLUMBING_____ MECHANICAL_____

ADDRESS OF BUILDING SITE: Same

LOT NUMBER/LEGAL DESCRIPTION: Lot 110

ZONING:_____ LOT SIZE:_____

RESIDENTIAL SRUCTURE_____ NON-RESIDENTIAL STRUCTURE_____

TYPE OF STRUCTURE/BUILDING (INDICATE ONE ONLY PER PERMIT)

PORCH _____    DECK X    HOME_____   PATIO _____
GARAGE_____   GAZEBO _____   FENCE _____   TOOL SHED _____
POLE SHED_____   BASEMENT_____  . SIDEWALK_____
OTHER (DESCRIBE) _____

INDICATE THE FOLLOWING IN RELATION TO TYPE OF STRUCTURE:

NEW CONSTRUCTION_____   ADDITION X    SLAB FOUNDATION_____
CRAWL SPACE_____   BASEMENT_____   MOBILE HOME_____
STORAGE_____   OTHER_____   REPLACEMENT_____

INDICATE TYPE OF CONSTRUCTION (IN RELATION TO TYPE OF STRUCTURE)

WALKOUT_____   SINGLE RESIDENCE_____   DUPLEX_____   MULTI UNIT___
SHED_____   HIGH RISE_____   RANCH_____   SPLIT ENTRY__
INDUSTRIAL _____   COMMERCIAL _____

STRUCTURE:   WIDTH 7'    LENGTH 24'    HEIGHT 7½'
SQUARE FOOTAGE 168    # OF STORIES_____

TYPE OF CONSTRUCTION MATERIAL (INDICATE IN RELATION TO STRUCTURE)

BRICK_____   WOOD FRAME X    BLOCK_____   POURED WALLS_____
SIDING_____   ROOFING_____

FRONT YARD SETBACK 28'    SIDEYARD SETBACK 10'
DISTANCE FROM REAR LOT LINE: 30
DISTANCE FROM CENTER OF ALLEY: 30'
SEWAGE DISPOSAL (DEPT. OF HEALTH REGULATIONS) Sewer

COST OF CONSTRUCTION FOR BUILDING PERMIT APPLICATION:$ 500.⁰⁰
*************************************************************
Contractor/Builder Name: Jack Frans
Address: Same as Above    Phone:_____
City/St/Zip:_____

2/6/2017

Re: permit for deck - jack frans

# Re: permit for deck

## Richard Clements <rickc@aebank.com>

Thu 1/26/2017 8:54 AM

Inbox

To:jack frans <haprunner@live.com>; Pat Lemmers <pat@lemmersinsurance.com>;

Jack,
I approve of the deck on your garage. Looks great.
Rick Clements

On 1/26/2017 8:47 AM, jack frans wrote:

Good morning Rick,

I have requested a permit for deck on my garage from South Bend. Pat ask me to contact board and get ok so they can issue permit next Tues at Board meeting. I built Garage and had Cass County come to inspect. Mike stated everything is perfect except I had permit for Garage but not for Deck. Please give me a call or email me Jack Frans lot 110 cell 402-660-4150. Thanks Rick.

--
PO BOX 267
Elmwood, NE 68349-0267
Ph: 402-994-4000
Fax 402-994-5455

This information may be confidential and legally privileged. If you receive it in error, delete the email and notify the sender.

PLOT PLAN:   SHOW ALL DIMENSIONS OF LOT, MEASURED DISTANCES FROM
STRUCTURE TO ALL LOT LINES, LOCATION OF ALL BUILDINGS ON PROPERTY,
PROPOSED BUILDINGS, SEPTIC TANK, AND WELL (if any)

ADDRESS: _____,



REVIEW QUESTIONS:
Does the structure meet the village building codes ? _____ _Yes_
Are variances attached if required ? _____
Are plot plans attached ? _____

REVIEW QUESTION FOR FLOODPLAIN MANAGEMENT:
Is the structure located in the floodplain ? _____
Is the structure located in the floodway ? _____
Is the structure a substantial improvement ? _____
Is the alteration or addition 50% of market value ? ____
Is the development requiring a FLOODPLAIN PERMIT ? _____ _No_
Are FLOODPLAIN DEVELOPMENT PERMITS ATTACHED & IN ORDER ? _No_
   BASE FLOOD ELEVATION_____
   FLOODPLAIN PERMIT_____     "NO RISE" CERT. REQUIRED____
   VARIANCE REQUIRED_____     ELEVATION CERT. REQUIRED____

Inspections are required as follows  Footing inspection is required prior to covering  Framing inspection is required after all rough in mechanical and plumbing are in place  final inspection is required upon completion of the structure

Inspections will be made Monday through Friday except legal county holidays between the hours of 8 30 a m  and 3 30 p m

For inspections please call the County Zoning Office on or before the date of the required inspection

Cass County Zoning Office, Plattsmouth, Nebraska 68048
Phone:  402-234-9359

**Certification:**  I hereby certify that to the vest of my knowledge, the information given herein and on the attached drawings, and the attached survey, is accurate to the best of my ability.  It is understood and agreed that any error, misstatement or misrepresentation of fact, either with or without intention on my part, such as might, if known cause refusal of this application, or any alteration or change without the approval of the Enforcement Officer, shall constitute sufficient grounds for revocation of such permit.  All construction and materials will meet the requirements of the Uniform Building, the Uniform Mechanical and the Uniform Plumbing Codes, 1988 Edition and the National Electrical Code, 1993 Edition.  I understand all fees shall be paid prior to the start of any construction.

**APPROVAL:**  The application, as stated above and on the plans hereto attached, is hereby approved based on all information provided.  The approval given is subject to all Federal, State, and Local laws, and to any filed restrictions

SIGNATURE OF APPLICANT: _____ , Date: 1/31/17

VILLAGE BORAD CHAIRMAN _____ , Date: 2-01-17

## DEVELOPMENT PERMIT APPLICATION

Application #

rm is used for any man-made change to improved or unimproved real estate, including but not limited gs or other structures, mining, dredging, filling, grading, paving, excavation, drilling operations or storage nent of materials.

per must obtain all other necessary federal, state, or local permits (e.g. Corps of Engineers 404 permit to District, etc.)

**Name of Applicant:** _____

**Address:** _____

**Type and Use of Development:** _____

_____

**Specific Location of Development:** _____

_____

Complete this section if the proposed development involves the improvement of a structure (i.e. walled and roofed building, manufactured home, or gas and liquid storage tanks)

Pre-improvement Value of Structure:   $ _____

Cost of improvement:   $ _____

### The Following Section is to be Completed by the Community Official:

Is the development Substantial Improvement? (see #4)     YES     NO

Is the development in an identified floodplain?     YES     NO

*(Circle)*

If YES, complete the following:

a. Elevation of the Base (100-Year) Flood     _____ ft.   MSL NGVD 29 or NAVD 88

b. Elevation/Floodproofing Requirement (if applicable)     _____ ft.   MSL NGVD 29 or NAVD 88

☐ c. The developer may be required to submit hydraulic data demonstrating that the proposed development will not increase flood heights more than one foot at any location.

he development is in a floodplain, the following shall apply:

is permit is issued with the condition that the lowest floor (including basement floor) of any new or substantially proved residential building will be elevated at least one foot above the base flood elevation. If the proposed velopment is a nonresidential building, this permit is issued with the condition that the lowest floor (including sement) of a new or substantially improved nonresidential building will be elevated or floodproofed at least one foot ove the base flood elevation. The Developer/Owner will provide certification by a registered Engineer, Architect, Land Surveyor of the "as-built" lowest floor elevation (including basement) or floodproofed elevation of any new or ystantially improved building covered by this permit.

ovisions of the _____ Floodplain Management Resolution/Ordinance (Number _____) shall be complied with.
(County or City)

